# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For Revocation of Probation or Supervised Release) |
| LANNIE ARNOLD HIGGINBOTHAM | Case Number: 3:07-cr-38-J-33TEM |
| | USM Number: 07957-018 |
| **THE DEFENDANT:** | Defendant's Attorney: Lisa A. Call, (pda) |

__X__ admitted guilt to violation of charge number(s) **1, 2, 3, 4, 5, 6 and 7** of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Failure to support dependants in violation of condition 4 of the standard conditions of supervision. | January, 2007 |
| 2. | Failure to work regularly at a lawful occupation in violation condition 6 of the standard conditions of supervision as well as a special condition requiring the defendant not to be unemployed for more than 30 days, unless granted permission by the United States Probation Officer. | September, 2006 |
| 3. | Failure to follow the instructions of the probation officer in violation of condition number 3 of the standard conditions of supervision. | November, 2006 |
| 4. | Failure to follow the instructions of the probation officer in violation of condition number 3 of the standard conditions of supervision. | January, 2007 |
| 5. | Positive urinalysis in violation of the standard conditions of supervision. | January, 2007 |
| 6. | Failure to answer truthfully in violation of condition 3 of the standard conditions of supervision. | January, 2007 |
| 7. | Failure to follow the instructions of the probation officer in violation of condition number 3 of the standard conditions of supervision. | January, 2007 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has not violated charge number(s)___ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: May 10, 2007

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Defendant: **LANNIE ARNOLD HIGGINBOTHAM**
Case No.: 3:07-cr-38-J-33TEM

DATE: May 10, 2007

Judgment - Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **ELEVEN (11) MONTHS.**

__X__ The Court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed at FCI Jesup, Georgia.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

　　____ at _____ a.m.　p.m. on _____.

　　____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　____ before 2 p.m. on _____.

　　____ as notified by the United States Marshal.

　　____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL